**FORMER STOCKHOLDERS OF BARR RUBBER PRODUCTS COMPANY, Plaintiff-Appellants**

v.

**The McNEIL CORPORATION and The Sun Corporation, Defendants-Appellees.**

**FORMER STOCKHOLDERS OF BARR RUBBER PRODUCTS COMPANY, Plaintiffs-Appellants**

v.

**The B. F. GOODRICH COMPANY, The McNeil Corporation and The Sun Corporation, Defendants-Appellees.**

**Nos. 20697, 20698.**

United States Court of Appeals, Sixth Circuit.

April 12, 1971.

Albert L. Ely, Jr., Ely, Golrick & Flynn, Cleveland, Ohio, Flynn, Py & Druse, Sandusky, Ohio, of counsel, for appellants.

Phillip L. Kenner, Hamilton, Cook, Renner & Kenner, Richard E. Guster, Wise, Roetzel, Maxon, Kelly & Andress, Akron, Ohio, for McNeil Corporation.

Pennie, Edmonds, Morton, Taylor & Adams, New York City, E. R. Hamilton, Akron, Ohio, for Sun Corporation.

Squire, Sanders & Dempsey, James C. Davis, Cleveland, Ohio, for B. F. Goodrich Co.

Before WEICK, CELEBREZZE and McCREE, Circuit Judges.

ORDER.

This appeal was submitted to the Court on the briefs and record by stipulation of the parties. Upon consideration it is ordered that the judgments of the District Court be and they are hereby affirmed upon the opinion of Judge Kalbfleisch, filed on March 20, 1970, 325 F. Supp. 917.

**Alfred WRIGHT et al., Appellants,**

v.

**The CITY OF MONTGOMERY, ALABAMA, et al., Appellees.**

**No. 26314.**

United States Court of Appeals, Fifth Circuit.

May 17, 1971.

Morton Stavis, Newark, N. J., William M. Kunstler, Arthur Kinoy, New York City, Alvin J. Bronstein, Lawyers Constitutional Defense Committee, Cambridge, Mass., Benjamin E. Smith, New Orleans, La., Charles S. Conley, Montgomery, Ala., Dennis J. Roberts, Newark, N. J., for appellants.

Ira DeMent, Matthis W. Piel, Montgomery, Ala., for appellees.

Before JOHN R. BROWN, Chief Judge, AINSWORTH, Circuit Judge, and COMISKEY, District Judge.

PER CURIAM:

The Supreme Court of the United States, on petition for writ of certiorari, having on March 29, 1971 vacated the judgment of this Court, and having rendered its judgment remanding the cause to this Court, it is ordered and adjudged by this Court that this case be remanded to the United States District Court for reconsideration in light of Younger v. Harris, 401 U.S. 37, 91 S.Ct. 746, 27 L. Ed.2d 669, decided February 23, 1971; and Samuels v. Mackell and Fernandez v. Mackell, 401 U.S. 66, 91 S.Ct. 764, 27 L. Ed.2d 688, decided February 23, 1971, as required by the Supreme Court's order herein.